ORIGINAL

FILED

04/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0136

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0136

AUSTIN LAKE,

    Plaintiff and Appellant,

v.

DEPARTMENT OF LABOR AND INDUSTRY,
UNEMPLOYMENT INSURANCE APPEALS
BOARD, and TOWN PUMP, INC.

    Defendants and Appellees.

ORDER

FILED

APR - 2 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellant Austin Lake has filed a "Motion to Amend/Withdraw Appellant's Short Brief" in this matter. He avers that the document entitled "Appellant's (Short) Brief" was not his opening brief, and that he filed it as a short description explaining the reason for his notice of appeal. When he received the Notice of Filing from the Clerk of Court's office along with a phone call from the Deputy Clerk stating they had not received any of his documents, he filed the motion to withdraw, and filed his "Opening Brief."

IT IS HEREBY ORDERED that Appellant's motion to withdraw "Appellant's (Short) Brief is GRANTED. Appellant's Opening Brief filed on March 28, 2024, shall constitute as his opening brief on appeal, and the times for any subsequent briefing contained in M. R. App. P. 13 shall run from that date.

DATED this 2nd day of April, 2024.

For the Court,

Chief Justice